

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ELHENDI, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>NCC BUSINESS SERVICES, INC., and DOES 1 through 10, inclusive,<br>Defendants. | Case No.<br><br>8:19-cv-00576-PSG-PJW<br><br>**PROPOSED ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

JS-6

E-FILED
SEP 3 0 2020
Document #_____

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 9/30/2020

_____
Honorable Judge of the District Court